UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| LEWIS LYTTLE | ) | |
| *Movant* | ) | **Case No.** ___317-mc-14-CRS___ |
| | ) | |
| vs. | ) | CASE IN OTHER COURT |
| | ) | [*Lyttle vs. Farley, et al.*, No. 6:16-cv-114-KKC] |
| KENTUCKY STATE POLICE | ) | |
| *Respondent* | ) | |

## **LR 37.1 CERTIFICATION**

The undersigned, David N. Ward, certifies pursuant to LR 37.1 that he has attempted to confer with Hon. Matthew J. Johnson, counsel for the Kentucky State Police, regarding this discovery dispute, and the undersigned's efforts to resolve the dispute are set forth on pages 4-5 of Movant's Memorandum. While a part of the dispute was resolved, the parties were unable to resolve the issues surrounding the internal affairs investigation, and documents related to that investigation.

Respectfully Submitted,

*/s/ David N. Ward*
DANIEL J. CANON
DAVID N. WARD
CLAY DANIEL WALTON & ADAMS, PLC
462 South Fourth Avenue, Suite 101
Louisville, Kentucky 40202
(502) 561-2005
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2017, a copy of the foregoing Motion to Compel was served electronically to all of the attorneys of record in the case, as well as served by way of U.S. Mail and email to the following:

Hon. Matthew J. Johnson
Hon. Charles Haselwood
Kentucky State Police
919 Versailles Road
Frankfort, Kentucky 40601
*Counsel for Respondent Kentucky State Police*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20th, 2017, a copy of the foregoing Motion to Compel was served electronically to the following:

Hon. Bradford L. Breeding
Kelley, Brown & Breeding
502 West Fifth Street
P.O. Box 490
London, Kentucky 40741-1846
*Counsel for Defendant, Rob Farley*

Hon. Jason M. Nemes
Hon. Mary E. Eade
Nemes Eade, PLLC
P.O. Box 43757
Louisville, Kentucky 40253
*Counsel for Defendant Jimmy Halcomb, Jr.*
Hon. Stephen Garrett Amato
Hon. Jason S. Morgan
McBrayer, McGinnis, Leslie & Kirkland, PLLC
Lexington, Kentucky 40507
*Counsel for Defendant Josh Howard*

Hon. Charles D. Cole
Hon. Derrick T. Wright
Hon. L. Scott Miller
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507
*Counsel for Defendant Kevin Miller*

Hon. Matt Feltner
Caldwell & Feltner, PLLC
P.O. Box 3073
London, Kentucky 40743
*Counsel for Defendant Phillip Burnett*

Hon. Jonathan Tyler Adkins
Steptoe & Johnson, PLLC
P.O. Box 1588
Charleston, West Virginia 25326-1588
*Counsel for Defendant Jason Adams*

*/s/ David N. Ward*
DAVID N. WARD